374 A.2d 1290

Waldman, Appellant, v. Waldman.

Argued June 14, 1977. Michael J. Rotko, for appellant; Jack A. Rounick,

with him Pechner, Dorfman, Wolffe, Rounick & Cabot, for appellee.

OPINION PER CURIAM: The order of the court below is vacated. The case is remanded for a rehearing. Support is to be continued in the amounts specified in the order of the court below dated November 9, 1976, until the entry of a new order after rehearing.